MAXWELL, TAX ASSESSOR OF PALM BEACH
COUNTY *v.* GOOD SAMARITAN HOSPITAL
ASSN., INC.

No. 1147.  Decided June 17, 1968.

*Charles J. Steele* for appellant.

*Chester Bedell* for appellee.

Per Curiam.

The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question.

Mr. Justice Black, Mr. Justice Douglas, and Mr. Justice Fortas are of the opinion that probable jurisdiction should be noted and the case set for oral argument.